*In re* INTEGRACIÓN DE SALA.

*Número:*                    *Resuelto:* 28 de octubre de 2004

## ORDEN

Debido a la no intervención de los Jueces Asociados Señor Fuster Berlingeri y Señor Rivera Pérez, y de la Jueza Asociada Señora Rodríguez Rodríguez, así como de la inhibición de la Jueza Asociada Señora Fiol Matta en el caso *Belk v. Martínez*, Caso Núm. CC-2003-371, *se crea una Sala Especial compuesta por el que suscribe, como Juez Presidente, y por los Jueces Asociados Señores Rebollo López y Corrada Del Río para atender el caso.*

Lo decretó y firma,

(*Fdo.*) Federico Hernández Denton
*Juez Presidente*

Certifico:

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*